UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>                              Plaintiffs,<br><br>v.<br><br>KEVIN GRAVES, doing business as Smog or Tune, Trinh Tung, doing business as MT Auto Repair, and Does 1 Through 10,<br><br>                              Defendant. | Case No.: 3:18-cv-00412-GPC-KSC<br><br>**ORDER GRANTING JOINT MOTION TO SET ASIDE ENTRY OF DEFAULT, VACATE DEFAULT JUDGMENT AND DISMISS COMPLAINT**<br><br>[ECF No. 15.] |

GOOD CAUSE APPEARING, the Entry of Default shall be set aside and the Default Judgment entered against Defendant Kevin Graves shall be vacated. The complaint in its entirety shall be dismissed with prejudice. The Court shall retain jurisdiction to enforce the Settlement Agreement between the parties.

Dated:  October 22, 2018

                                                      Hon. Gonzalo P. Curiel
                                                      United States District Judge